No. _____

PD-0782&0783-15

Vincent Ray Settles
vs.
State of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 24 2015

Abel Acosta, Clerk

05-14-00382-CR ( F14-00085-J
05-14-00383-CRC F14-00086-J
Dallas, County

In The

Court of Criminal APPEALS
Austin, Texas

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

### First Motion For Extension of Time To File Petition For Discretionary Review

To The Honorable Judges of The Court of Criminal Appeals: Come now, Vincent Ray Settles, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

### I

The Petitioner was convicted in __criminal__ District Court 3 of __Dallas__ __County__ Texas of the offense of __agg. assault 3rd degree / unlawful possession__ __of firearm__ in cause no. __05-14-00382-CR(14-00085-J/ 05-14-00383-CRCF14-00086-J__ styled state of Texas vs. __Vincent Ray Settles.__ The Petitioner appealed to the Court of Appeal __fifth__ Judicial District. The case was affirmed on __June 3, 2015__.

### II

The present deadline for filing the Petition for Discretionary Review is __July 3, 2015__ The Petitioner has not request and extension prior to this request.

### III

Petitioner's request for an extension is based upon the following fact: Petitioner was not informed of the decision of the court of appeals in affirming his case __June 10, 2015__ since that time Petitioner has been attempting to gain legal representation in this matter. His attorney on the appeal __Katherine A. Drew__, has informed Petitioner that she will not represent him on the Petition for Discretionary Review, wherefore, Petitioner prays this court grant this motion and extend the deadline for filing the Petition for Discretionary Review in the Case no. __05-14-00382-CR( F14-00085-J/ 05-14-00383-CR(F14-00086-J__ to Sept 3, 2015.

Page 1

Vincent Ray Settles
Petitioner Pro Se
# 1939000
Coffield Unit
Tennessee Colony, Texas
75884

## Certificate of Service

I certify that a true and correct copy of the about above and fore-going First Motion for Extension of Time to File a Petition for Discretionary Review, has been forwarded by U.S. Mail, Postage prepaid, first class, and to the State Prosecuting Attorney, P.O. Box 12308, Austin, Texas 78711 on this the 18 day of June, 20 15

Vincent Ray Settles
Petitioner, Pro Se

## Inmate Declaration

I Vincent Ray Settles, TDCJ# 1939000, being presently incarcerated in the Coffield Unit of the Texas Department of Criminal Justice in Anderson county Texas verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the 18 day of June, 2015

Vincent Ray Settles # 1939000

Page 2